**Mannion HARVEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 62444.

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 1993.

Application to Transfer Denied
Aug. 17, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error in such denial and affirm pursuant to Rule 84.16(b)(2).

We further find an opinion in this case would have no precedential value. Rule 84.16(b). We affirm by written order and have provided a memorandum for the parties' use only.